**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 11-2122**

———————

CHARLES E. SIMMS,

Plaintiff - Appellant,

v.

THOMAS DAME,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Alexander Williams, Jr., District Judge. (8:11-cv-02420-AW)

———————

Submitted: February 16, 2012      Decided:  February 21, 2012

———————

Before SHEDD, KEENAN, and WYNN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Charles Simms, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Simms appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint and denying his motion for appointment of counsel. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Simms v. Dame, No. 8:11-cv-02420-AW (D. Md. Sept. 16, 2011). We deny Simms' motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED